RECEIVED
OCT - 5 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTIE AMOS, ET AL. | CIVIL ACTION NO. 6:14-cv-02344 |
| VERSUS | JUDGE DOHERTY |
| RODNEY JOINER, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc. 65] is **granted** and, accordingly, Ms. Amos's claims are **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the defendants' Motion for More Definite Statement [rec. doc. 65] is **denied as moot**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this __5__ day of __October__, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE